## STATE OF CONNECTICUT *v.* JOANNE KAMERLING
## (AC 22908)

Foti, Schaller and Hennessy, Js.

Submitted on briefs March 21—officially released April 8, 2003

Per Curiam. The judgment is affirmed.

## TRICIA SCALZI *v.* JOSEPH HESSE ET AL.
## (AC 22911)

Foti, Bishop and Dupont, Js.

Submitted on briefs March 21—officially released April 8, 2003

Per Curiam. The judgment is affirmed.

## LEDELL JEFFERSON *v.* COMMISSIONER OF
## CORRECTION
## (AC 22932)

Lavery, C. J., and Dranginis and Flynn, Js.

Submitted on briefs March 21—officially released April 8, 2003

Per Curiam. The judgment is affirmed.